In the Matter of the Application of CHASE MELLEN, JR., to Direct the BOARD OF ELECTIONS OF THE CITY OF NEW YORK to Recognize FREDERIC KERNOCHAN as a Candidate, Duly Nominated by the Republican Party of the County of New York for the Office of Judge of the Court of General Sessions of the County of New York, to Print the Name of Said FREDERIC KERNOCHAN on the Paper or Machine Ballot and for Further Relief.*— Order affirmed. No opinion. Present — Finch, P. J., Martin, Merrell, O'Malley and Untermyer, JJ.

In the Matter of the Application of EDGAR J. LAUER to Direct the BOARD OF ELECTIONS OF THE CITY OF NEW YORK to Accept for Filing Certain Certificates of Nomination of Candidates for the Office of Justices of the Supreme Court, First Judicial District, and the Minutes of the Convention.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, Merrell, O'Malley and Untermyer, JJ.

In the Matter of the Application of CHASE MELLEN, JR., to Direct the BOARD OF ELECTIONS OF THE CITY OF NEW YORK to Recognize FREDERIC KERNOCHAN as a Candidate, Duly Nominated by the Republican Party of the County of New York for the Office of Judge of the Court of General Sessions of the County of New York, to Print the Name of Said FREDERIC KERNOCHAN on the Paper or Machine Ballot and for Further Relief.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BANCA COMMERCIALE ITALIANA TRUST COMPANY, Appellant, v. ROSA GENTILE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BANCA COMMERCIALE ITALIANA TRUST COMPANY, Respondent, v. ROSA GENTILE, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present —·Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

STANLEY SPALLES, Appellant, v. ARCH HAULAGE CORPORATION, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BLAIR MILLS, a Corporation, Appellant, v. JOSEPH S. WHITESIDE and Others, Respondents.— Appeal dismissed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BLAIR MILLS, a Corporation, Appellant, v. JOSEPH S. WHITESIDE and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BARTHOLOMEW HOLDING CORPORATION, Respondent, v. CLARK T. CUTTING, Appellant.— Judgment affirmed, with costs. No opinion Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HAROLD M. LEVAN, Appellant, v. LOUIS FRANKEL and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THOMAS J. MCCAHILL, JR., Individually and as Trustee, etc., of THOMAS J. MCCAHILL, Deceased, Landlord, Appellant, v. I. C. S. GARAGE Co., INC., Tenant, Respondent.— Determination reversed and final order of the Municipal Court

*Affd., 262 N. Y. 422.